Tremaine L. KITCHEN,
Plaintiff–Appellant,

v.

James PEGUESE, Warden; Shavella Watkins, Sergeant; Frank Sizer, Commissioner; Carol Jackson, ARC Coordinator; Kenny Townes; Captain Grant; Lieutenant Spence; Officer Johnson; Ghirlchilich, Hearing Officer; Officer Greene, Defendants–Appellees.

No. 06–6192.

United States Court of Appeals,
Fourth Circuit.

Submitted April 19, 2006.

Decided May 17, 2006.

Tremaine L. Kitchen, Appellant Pro Se. J. Joseph Curran, Jr., Attorney General, Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tremaine L. Kitchen appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have

reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Kitchen v. Peguese*, No. 8:05–cv–00466–DKC (D.Md. Nov. 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*